# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK LINN BRYAN,<br><br>　　　　Defendant. | Case No. 1:18-cv-00238-DAD-SAB<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On February 21, 2018, the United States of America filed a first amended complaint in this action. Upon review of the complaint, the defendant resides in San Joaquin County and intradistrict venue therefore lies in the Sacramento Division of the Eastern District of California. L.R. 120(d). Local Rule 120(f) provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

Dated: __February 23, 2018__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1